U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

NOV 0 7 2017

TONY R. MOORE, CLERK
BY: _____
    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| LAWRENCE CRANDLE, JR.<br>B.O.P. # 05377-095 | : | DOCKET NO. 17-cv-0055<br>SECTION P |
| VERSUS | : | JUDGE JAMES T. TRIMBLE, JR. |
| CALVIN JOHNSON | : | MAGISTRATE JUDGE KAY |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the lack of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the Petition for Writ of Habeas Corpus [doc. 1] be **DENIED** and **DISMISSED WITHOUT PREJUDICE.**

THUS DONE this 7th day of November, 2017, at Alexandria, La.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE